```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MISSOURI
                      EASTERN DIVISION
```

| | |
|---|---|
| LAMYA FATTAH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:07 CV 560 DDN |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of | ) |
| Social Security, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Pursuant to this court's case management order, filed March 26, 2007, plaintiff was required to file her brief in support of the complaint within thirty days after the filing of the answer. Defendant's answer and the administrative transcript were filed on May 22, 2007. Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall file her brief in support of the complaint on or before August 17, 2007.

                                       /S/ David D. Noce
                              **UNITED STATES MAGISTRATE JUDGE**

Signed on July 31, 2007.